JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE EVELYN,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | No. 2:23-CV-1583-DSF-Ex<br><br>**ORDER DISMISSING ACTION** |

　　　Pursuant to the stipulation between plaintiff Wayne Evelyn and defendants United States of America, the Drug Enforcement Administration, and the Department of Treasury, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

　　　Each party shall bear its own costs and attorney fees.

Dated:　　May 10, 2023　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　THE HON. DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE